**JANET C. TUNG**
California State Bar No. 231682
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: janet_tung@fd.org

Attorneys for Mr. Toma

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| **MUHANNAD TOMA,** [A78-759-862] | ) ) ) | CASE NO. 07CV2381-JAH (POR) |
| **Petitioner,** | ) ) ) | **NOTICE OF APPEARANCE** |
| **v.** | ) ) | |
| **MICHAEL CHERTOFF, et al.,** | ) ) | |
| Respondents. | ) ) | |

     Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Janet C. Tung, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                              Respectfully submitted,

Dated: January 16, 2008      */s/ JANET C. TUNG*
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Defendant
                                     Janet_Tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 16, 2008            /s/ JANET C. TUNG
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA 92101-5030
                                   (619) 234-8467 (tel)
                                   (619) 687-2666 (fax)
                                   Janet_Tung@fd.org (email)