1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: Raven.Norris@usdoj.gov
   Telephone: (619) 557-7157
6
   Attorneys for the Defendants
7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | MUHANNAD TOMA,                        ) Case No. 07cv2381-JAH (POR)
   |                                       )
11 |              Plaintiff,                ) NOTICE OF APPEARANCE
   |                                       )
12 |       v.                              )
   |                                       )
13 | MICHAEL CHERTOFF, Secretary,)
   | Department of Homeland Security; et al.,)
14 |                                       )
   |              Defendants.               )
15 |_____)

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-
19  4.

20       The following government attorneys (who are admitted to practice in this court or authorized to
21  practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for
22  CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

23       <u>Name</u> (If none, enter "None" below)

24          RAVEN NORRIS

25       Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u>
26  receive any further Notices of Electronic Filings relating to activity in this case:

27       <u>Name</u> (If none, enter "None" below)

28          None

1   Please call me if you have any questions about this notice.

2   Dated:    January 22, 2008                Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney


                                              s/ Raven M. Norris
                                              RAVEN M. NORRIS
                                              Assistant U.S. Attorney
                                              Attorneys for Defendants

|    |    |
|----|----|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| MUHANNAD TOMA, | ) | Case No. 07cv2381-JAH (POR) |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Janet Tung**
janet_tung@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2008

                                                    s/ Raven M. Norris
                                                    RAVEN M. NORRIS