JANET TUNG
California State Bar No.231682
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Janet_Tung@fd.org

Attorneys for Petitioner MUHANNAD TOMA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| MUHANNAD TOMA,<br><br>    Petitioner,<br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents. | CASE NO. 07CV2381-JAH (POR)<br><br>PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION<br>[Fed. R. Civ. P. 41(a)(1)] |

Pursuant to Fed. R. Civ. P. 41(a)(1), petitioner Muhannad Toma, by and through counsel, Janet Tung and Federal Defenders of San Diego, Inc., gives notice that he hereby dismisses the above-captioned action without prejudice. Petitioner was released from the custody of respondents on January 31, 2008. His petition for a writ of habeas corpus is now moot.

Respectfully submitted,

DATED: February 1, 2008        */s/ Janet Tung*
JANET TUNG
Federal Defenders of San Diego, Inc.
Attorneys for Petitioner MUHANNAD TOMA
janet_tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Petitioner certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Chambers

Copy Assistant U.S. Attorney via ECF NEF

Copy Petitioner

Dated: February 1, 2008          /s/ JANET C. TUNG
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 Janet_Tung@fd.org (email)